NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ALFRED B. CHARLES,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3196

---

Petition for review of the Merit Systems Protection Board in case no. NY0353110263-I-1.

---

## ON MOTION

---

## ORDER

Alfred B. Charles moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

ALFRED CHARLES V. USPS                                              2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24